# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KOALA INSULATION
FRANCHISOR, LLC,

      Plaintiff,

    v.

LOTUS & THE ROOSTER
HOLDINGS COMPANY and SALIM
MICHEL MAKHLOUF,

      Defendants.

:    CIVIL ACTION NO. 1:25-CV-1008
:
:    (Judge Neary)
:
:
:
:
:
:
:
:
:
:

## ENTRY OF APPEARANCE

Kindly enter the appearance of Casey Alan Coyle, Esquire, on behalf of Defendants Lotus & The Rooster Holdings Company and Salim Michel Makhlouf in the above-captioned action.

Respectfully submitted,

BABST CALLAND, CLEMENTS AND ZOMNIR P.C.

*/s/ Casey Alan Coyle*
Casey Alan Coyle, Esquire
PA ID No. 307712
Stefanie Pitcavage Mekilo, Esquire
PA ID No. 312720
300 N. 2nd Street, Suite 801
Harrisburg, PA 17101
(267) 939-5832
ccoyle@babstcalland.com
smekilo@babstcalland.com

Dated: June 16, 2025          *Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KOALA INSULATION : CIVIL ACTION NO. 1:25-CV-1008
FRANCHISOR, LLC, :

 : (Judge Neary)

 Plaintiff, :

 :

 v. :

 :

LOTUS & THE ROOSTER :
HOLDINGS COMPANY and SALIM :
MICHEL MAKHLOUF, :

 :

 Defendants. :

## CERTIFICATE OF SERVICE

I, Casey Alan Coyle, certify that on this 16th day of June, 2025, I filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of Court using the Court's CM/ECF System; that all participants in this case are registered CM/ECF users; and that service will be accomplished by the CM/ECF System, in accordance with Rule 5.7 of the Local Rules of Court for the Middle District of Pennsylvania.

Dated: June 16, 2025   */s/ Casey Alan Coyle*
       Casey Alan Coyle, Esquire
       *Counsel for Defendants*