**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KOALA INSULATION FRANCHISOR, LLC,** : | **CIVIL ACTION NO. 1:25-CV-1008** |
| : | |
| : | **(Judge Neary)** |
| **Plaintiff** : | |
| : | |
| **v.** : | |
| : | |
| **LOTUS & THE ROOSTER** : | |
| **HOLDINGS COMPANY and SALIM** : | |
| **MICHEL MAKHLOUF,** : | |
| : | |
| **Defendants** : | |

## <u>ORDER</u>

AND NOW, this 22nd day of April, 2026, upon the telephonic call held on today's date to discuss certain discovery matters, it is hereby ORDERED that:

1. Plaintiff Koala Insulation Franchisor, LLC shall have **two weeks** from the date of this Order to amend any previous discovery response to ensure compliance with both the Federal Rules of Civil Procedure and prior orders of the court in this case.

2. Koala shall also, within **two weeks** from the date of the Order, respond to the email sent by opposing counsel concerning discovery matters on April 15, 2026.

3. Should defendants find any deficiencies in the above responses, they shall first attempt to confer with Koala.

4. Only after Koala's explicit rejection for discussions or the complete breakdown of good-faith discussions, will the court entertain a motion for relief by defendants.

/S/ KELI M. NEARY<br>
Keli M. Neary<br>
United States District Judge<br>
Middle District of Pennsylvania
