## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KOALA INSULATION        :    CIVIL ACTION NO. 1:25-CV-1008
FRANKER... FRANCHISOR, LLC,    :
                   :    (Judge Neary)
     Plaintiff,        :
                   :
     v.                :
                   :
LOTUS & THE ROOSTER      :
HOLDINGS COMPANY and SALIM    :
MICHEL MAKHLOUF,        :
                   :
     Defendants.      :

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURTS:

Please withdraw the appearance of Casey Alan Coyle, Esquire of Babst, Calland, Clements & Zomnir, P.C. on behalf of Defendants Lotus & The Rooster Holdings Company and Salim Michel Makhlouf in the above-captioned matter.

Respectfully submitted,

*/s/ Casey Alan Coyle*
Casey Alan Coyle, Esquire (PA 307712)
Babst, Calland, Clements, and Zomnir, P.C.
300 North 2nd Street, Suite 801
Harrisburg, PA 17101
(717) 868-8379
ccoyle@babstcalland.com

Dated: June 16, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2026, I filed the foregoing Withdrawal of Appearance using the Court's CM/ECF System, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF System, in accordance with Rule 5.7 of the Local Rules of Court for the Middle District of Pennsylvania.

 /s/ Casey Alan Coyle
Casey Alan Coyle, Esquire
*Counsel for Defendants*